UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO LIZ,

                Plaintiff,

  -against-

T.S.P. HOLDING COMPANY,

                Defendant.

24-CV-1299 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated February 26, 2024 (ECF 5), Judge Margaret M. Garnett referred this case to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes. On February 27, 2024, that referral was reassigned to me.

      On February 21, 2024, Plaintiff filed his Complaint alleging violations of Title III of the Americans with Disabilities Act and related claims arising under state and local laws. (*See* ECF 1.) Defendant T.S.P. Holding Company ("Defendant") was served on March 2, 2024. (*See* ECF 7.)

      Defendant was required to answer or move to dismiss the Complaint by March 25, 2024. (*See id.*) It has not done so. The time for Defendant to respond to the Complaint is extended, sua sponte and nunc pro tunc, to **5:00 PM on April 5, 2024**.

      Failure by Defendant to respond to the Complaint by this date could result in an order directing Plaintiff to commence default judgment proceedings against Defendant. Plaintiff is directed to mail by **April 1, 2024** a copy of this Order to Defendant at its principal place of business, identified in the Complaint as 24400 N. 19th Avenue, Phoenix, AZ 85085, and to file confirmation of such mailing on the docket by **April 2, 2024**.

DATED:  March 28, 2024
            New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge