UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

PEDRO LIZ, on behalf of herself and
all others similarly situated,

               Plaintiff,

-against-

T.S.P. HOLDING COMPANY,

               Defendants.

_____x

Civil Action No.

1:24-cv-1299

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Pedro Liz, and Defendant, T.S.P. Holding Company, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: May 16, 2024

By: _____

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

John P. Campbell, Esq.
*Attorneys for Defendant*
Schenck, Price, Smith & King, LLP
~~10 Washington Street~~  220 Park Ave
~~P.O. Box 905~~
~~Morristown, NJ 07963~~  Florham Park, NJ
T : (973) 539-1000  07932
Jpc@spsk.com